NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPH MATTHEW KELLEY,          )
                                )
          Appellant,            )
                                )
v.                              )          Case No. 2D16-3329
                                )
STATE OF FLORIDA,               )
                                )
          Appellee.             )
_____)

Opinion filed November 21, 2018.

Appeal from the Circuit Court for Lee
County; J. Frank Porter, Judge.

Howard L. Dimmig, II, Public
Defender, and Benedict P. Kuehne,
Special Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Peter Koclanes,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and SILBERMAN and ATKINSON, JJ., Concur.